AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kornmann, Charles B. | District of South Dakota | 05/05/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

102 4th Ave, SE, Suite 408
Aberdeen, SD 57401

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | General partner | Ivey and Kornmann, a partnership |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1-1-97 | Articles of Partnership, Ivey & Kornmann |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock, Red Ribbon, Inc. | D | Distribution | | | Redeemed | 11/15/16 | J | D | |
| 2. farm land, Hamlin County, SD | E | Rent | P1 | W | | | | | |
| 3. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 4. 43.84% interest, partner, Ivey & Kornmann | E | Distribution | N | W | | | | | |
| 5. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 6. AMG Managers Invesment Group, f/k/a / Brandywine Fund | A | Dividend | M | T | | | | | |
| 7. Oakmark Select Shares | D | Dividend | M | T | | | | | |
| 8. Masters Select Equity Fund Shares | D | Dividend | M | T | | | | | |
| 9. Vanguard 500 Index Fund (Ivey & Kornmann | C | Dividend | M | T | | | | | |
| 10. Vanguard REIT Fund (Ivey & Kornmann) | D | Dividend | N | T | | | | | |
| 11. Mexican condo (Ivey & Kornmann) | | None | M | W | | | | | |
| 12. Eaton Vance Tax Global Buy Write Fund (Ivey & Kornmann) | B | Dividend | K | T | | | | | |
| 13. Ft. Spec Fin & Finl Oppty, Ivey & Kornmann | B | Dividend | J | T | | | | | |
| 14. Healthcare Plus Federal Credit Union | A | Interest | M | T | | | | | |
| 15. Healthcare Plus Federal Credit Union, Ivey & Kornmann | A | Interest | N | T | | | | | |
| 16. Twin Homes, Aberdeen, Brown County, SD | E | Rent | N | W | | | | | |
| 17. Wells Fargo Advantage Global (Ivey & Kornmann) | B | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Europacific Growth FD | A | Dividend | K | T | Buy (add'l) | 09/22/16 | J | | |
| 19. Euopacific Growth FD | A | Dividend | J | T | Buy (add'l) | 09/22/16 | J | | |
| 20. Artisan Partners FDS | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 21. Artisan Partneers FDS | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 22. Gabelli Equity Series FD | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 23. | | | | | Sold (part) | 12/15/16 | J | A | |
| 24. Gabellli Equity Series FD | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 25. | | | | | Sold (part) | 12/15/16 | J | A | |
| 26. Goldman Sachs Tr. Finl Mny Mkt | A | Interest | J | T | Sold (part) | 01/11/16 | J | A | |
| 27. | | | | | Sold (part) | 04/08/16 | J | A | |
| 28. | | | | | Sold (part) | 07/08/16 | J | A | |
| 29. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 30. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 31. | | | | | Sold (part) | 10/14/16 | J | A | |
| 32. Goldman Sachs Tr. Finl Mny Mkt | A | Interest | J | T | Sold (part) | 01/11/16 | J | A | |
| 33. | | | | | Sold (part) | 04/08/16 | J | A | |
| 34. | | | | | Sold (part) | 07/08/16 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 36. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 37. | | | | | Sold (part) | 10/14/16 | J | A | |
| 38. Growth Fund Amer. | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 39. | B | Distribution | | | Sold (part) | 12/15/16 | J | A | |
| 40. Growth Fund Amer. | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 41. | A | Distribution | | | Sold (part) | 12/15/16 | J | A | |
| 42. Harbor Fund Cap | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 43. Harbor Fund Cap | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 44. Hartford Mut FDS Inc. | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 45. Hartford Mut FDS Inc. | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 46. Investment Co. Amer. | A | Dividend | K | T | Sold (part) | 07/08/16 | J | A | |
| 47. | A | Dividend | | | Sold (part) | 08/09/16 | J | A | |
| 48. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 49. | | | | | Sold (part) | 12/15/16 | J | A | |
| 50. Investment Co. Amer | A | Dividend | J | T | Sold (part) | 07/08/16 | J | A | |
| 51. | A | Dividend | | | Sold (part) | 08/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 09/22/16 | J | | |
| 53. | | | | | Sold (part) | 12/15/16 | J | A | |
| 54. American FDS Inc.New World | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 55. American FDS Inc. New World | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 56. Pimco FDS Pac Invt | A | Dividend | J | T | Buy (add'l) | 09/22/16 | J | | |
| 57. Pimco FDS Pac Invt | A | Dividend | J | T | Buy (add'l) | 09/22/16 | J | | |
| 58. Oppenheimer Dev. Mkts. | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 59. Oppenheimer Dev. Mkts | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 60. T Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 61. T Rowe Price Real Est. Fund Inc. | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 62. T Rowe Price MD-CP Val. | A | Dividend | K | T | Sold (part) | 08/09/16 | J | A | |
| 63. T Rowe Price MD-CP Val | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 64. T Rowe Price MD-CP Val. | A | Dividend | J | T | Sold (part) | 08/09/16 | J | A | |
| 65. T Rowe Price MD-CP Val | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 66. Small Cap World Fund Inc. 1 | A | Dividend | K | T | Sold (part) | 09/22/16 | J | A | |
| 67. Small Cap World Fund Inc. | A | Dividend | J | T | Sold (part) | 12/21/16 | J | A | |
| 68. Wash; Mut. Investors Fund | A | Dividend | K | T | Sold (part) | 08/09/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | B | Dividend | K | T | Buy (add'l) | 09/22/16 | J | | |
| 70. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 71. | | | | | Sold (part) | 12/15/16 | J | A | |
| 72. Wash. Mut. Investors Fund | A | Dividend | J | T | Sold (part) | 08/09/16 | J | A | |
| 73. | A | Dividend | J | T | Buy (add'l) | 09/22/16 | J | | |
| 74. | | | | | Buy (add'l) | 09/23/16 | J | | |
| 75. | | | | | Sold (part) | 12/15/16 | J | A | |
| 76. Invesco Comstock Fund | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 77. Invesco Comstock Fund | A | Distribution | J | T | Sold (part) | 12/15/16 | J | A | |
| 78. Invesco Comstock Fund | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 79. Invesco Comstock Fund | A | Distribution | J | T | Sold (part) | 12/15/16 | J | A | |
| 80. Dodge & Cox FDS | | None | | | Sold | 09/22/16 | J | C | |
| 81. Dodge & Cox FDS S) | | None | | | Sold | 09/22/16 | J | A | |
| 82. JP Morgan Large Cap | A | Dividend | J | T | Buy (add'l) | 09/22/16 | J | | |
| 83. JP Morgan Large Cap | A | Dividend | J | T | Buy (add'l) | 09/22/16 | J | | |
| 84. Russell Invt Co. Commodity Strategies | | None | K | T | Buy (add'l) | 07/13/16 | J | | |
| 85. Russell Invt.Co. Global CR Strategies FD | A | Dividend | J | T | Buy (add'l) | 07/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 07/13/16 | J | | |
| 87. Russell Emerging Mkts. Cl S | A | Dividend | L | T | Buy<br>(add'l) | 07/13/16 | J | | |
| 88. Russell Invt.Co. Global Real Est. Secs | A | Dividend | K | T | Sold<br>(part) | 07/12/16 | J | A | |
| 89. | A | Dividend | | | | | | | |
| 90. Russell Glbl. Eqty | A | Dividend | L | T | Sold<br>(part) | 07/12/16 | J | A | |
| 91. | C | Dividend | | | | | | | |
| 92. Russell Intl. Devel PD Mkts FD Class S | A | Dividend | L | T | Buy<br>(add'l) | 07/12/16 | J | | |
| 93. | | | | | Buy<br>(add'l) | 07/13/16 | J | | |
| 94. Russell Invt Co. Multi-Strategy | A | Dividend | | | Sold | 07/12/16 | K | A | |
| 95. Russell US Small Cap | A | Dividend | K | T | Sold<br>(part) | 07/12/16 | J | A | |
| 96. Russell U.S. Strat. Equit. | B | Dividend | M | T | Sold<br>(part) | 01/12/16 | J | A | |
| 97. | D | Dividend | | | Sold<br>(part) | 04/11/16 | J | A | |
| 98. | | | | | Sold<br>(part) | 07/08/16 | J | A | |
| 99. | | | | | Sold<br>(part) | 07/12/16 | J | B | |
| 100. Russell US Strat Equit | | | | | Buy<br>(add'l) | 07/13/16 | J | | |
| 101. Russell Invt. Co. Global Infrastructure Fund | A | Dividend | K | T | Sold<br>(part) | 07/08/16 | J | A | |
| 102. Jefferson City Retirement, LLC (Ivey &<br>Kornmann) | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cheyenne Retirement, LLC | A | Distribution | K | T | | | | | |
| 104. Mishawaka/South Bend Retirement, LLC | | None | K | T | | | | | |
| 105. Debt from Driver Properties LLC | A | Interest | J | T | | | | | |
| 106. Debt from Bill Welk (Ivey & Kornmann) | | None | K | T | | | | | |
| 107. Nuveen S & P Buy-Write Fund (Ivey & Kornmann | C | Dividend | K | T | | | | | |
| 108. Newburgh/Evansville (Primrose) | | None | K | T | | | | | |
| 109. C.D., Capital One | A | Interest | L | T | | | | | |
| 110. Deutsche Bank Global Real Estate FD | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 111. Deutsche Bank Global Real Estate FD | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 112. Deutsche Bank Enhanced Comm Fd | A | Dividend | J | T | Sold (part) | 09/22/16 | J | A | |
| 113. Deutsche Bank Enhanced Comm Fd | A | Dividend | J | T | Sold (part) | 09/22/16 | J | | |
| 114. Bond Fund of America F-2 | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 115. Bond Fund of America F-2 | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 116. JP Morgan High Yield Fund | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 117. JP Morgan High Yield Fund | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 118. Goldman Sachs Treasury Instr (Money Mkt) | A | Dividend | J | T | Buy | 07/12/16 | J | | |
| 119. Golfmsn Sachs Treasury Instr (Money Mkt) | | | | | Buy (add'l) | 07/13/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 05/05/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, Red Ribbon, Inc. owned an unimproved parcel of land in Indiana. It is a Subchapter S corporation and the income and losses are passed through to the stockholders. We sold the land to Gas America, Inc. and distributed net proceeds to the remaining stockholders (four). The corporation had no asseets on 12-31-16 and the corportion was dissolved in January of 2017.

Line 2, this land is leased on a cash rent basis to Lakness Farms of Hayti, S.D.

Lines 3 and 4, this partnership owns 2 apartment houses, one in Brown County, S.D., and one in Spink County, S.D.. Liquid investments of the partnership and income therefrom are reported in Part VII. All interests in the partnership are owned by immediate family members.

Line 6, this mutual fund is owned by a revocable trust, the trustees being the reporting party             . This is true also of all other mutual funds listed in Part VII, other than funds owned by Ivey and Kornmann which funds are so designated in Part VII. Brandywine Fund, Inc. changed its name to AMG Managers Investment Group but nothing has changed as to this investment.

Line 11, this is a furnished condominium in Mexico, which is owned by Ivey and Kornmann partnership as a leasehold interest since U.S. citizens cannot "own" real estate in Mexico. The partnership is now involved in a lawsuit vs. William Welk to collect damages or the condominium interest.

Line 14, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by the reporting party             .

Line 15, this is money invested in Healthcare Plus Federal Credit Union of Aberdeen, S.D. by Ivey and Kornmann partnership.

Line 16, this asset was constructed from scratch by reporting party in 2009 and 2010 and is a real estate investment in Aberdeen, S.D.

Line 102, this is a limited partnership interest in a partnership called Primrose that owns an assisted care living center in Jefferson City, MO. The owner of the limited partnership interest is Ivey and Kornmann partnership.

Line 103, this is a limited partnership interest in a Primrose partnership that owns an assisted care living center in Cheyenne WY.

Line 104, this is a limited partnership interest in a Primrose partnership that owns an assisted care living center near South Bend, IN. The actual name is not "South Bend" but is "Mishawaka/South Bend Primrose, LLC" and that clarification is made..

Line 105, this is a debt from a limited liability corporation that owns rental housing in Minneapolis, MN. The LLC is owned by two sons-in-law.

Line 106, this is a demand promissory note that became due on demand in 2014 and efforts are underway to force payment of the note. Nothing has been paid or collected although a trial court judgment has been obtained, subject to an appeal which is pending. The money is owed to Ivey and Kornmann

Line 108, this is a limited partneship interest in a Primrose partnership that owns an assisted care living center near Evanston, Indiana.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles B. Kornmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544